**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ROBERT L. ATKINSON, | : | Case No. 3:22-cv-192 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Kimberly A. Jolson |
| STATE OF OHIO, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 15)**

The Court has conducted a *de novo* review of the Order and Report and Recommendations of United States Magistrate Judge Kimberly A. Jolson (Doc. No. 15), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ACCEPTS and ADOPTS** the Report and Recommendations.

It therefore is **ORDERED** that:

1. The Report and Recommendation filed on September 14, 2022 (Doc. No. 15) is ADOPTED in full;

2. To the extent not already completed, the Clerk of Court is DIRECTED to update the docket record in this case to show the State of Ohio and the Montgomery County Sheriff's Department as the Defendants in this case (*see* Doc. No. 15 at PageID 308 (footnote 1, citing Doc. No. 7-1 at PageID 205), PageID 310, and PageID 317);

3. The Clerk of Court is DIRECTED to send this Entry and Order to Plaintiff using both the address that he has provided to the Court in this case and also to the address he provided in Case No. 3:22-cv-236;

4. Plaintiff is, once again, DIRECTED to keep the Court apprised of any changes to his address;

5. The Court DISMISSES WITH PREJUDICE Plaintiff's 42 U.S.C. § 1983 claims in the Amended Complaint (Doc. No. 7-1, 7-2, and 7-3), the sole federal claims therein, against the State of Ohio and the Montgomery County Sheriff's Department;

6. The Court DECLINES to exercise supplemental jurisdiction over any state-law claims against the State of Ohio and the Montgomery County Sheriff's Department in the Amended Complaint and DISMISSES WITHOUT PREJUDICE any such claims; and,

7. The Court GRANTS Plaintiff leave to file a Second Amended Complaint—that names the proper Defendants—within twenty-eight (28) days from the date of this Order, if he chooses to do so. The Court informs Plaintiff that his failure to do so may result in termination of this action.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 6, 2022.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE